# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 21, 2013

## NO. 03-12-00652-CV

**Jeremy Davis Brown, Appellant**

**v.**

**Christopher Rogers, Appellee**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### DISMISSED FOR WANT OF PROSECUTION --
### OPINION BY CHIEF JUSTICE JONES

**IT APPEARING** to this Court that the appellant has failed to pay for or make arrangements to pay for the clerk's record or respond to this Court's notice and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.